UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW REYNOLDS,<br>Plaintiff,<br>v.<br>CARVANA, LLC, et al.,<br>Defendants. | No. 2:26-cv-02761-DC-DMC<br><br><u>ORDER SUBMITTING TO ARBITRATION PLAINTIFF'S CLAIMS AGAINST DEFENDANT CARVANA, LLC PURSUANT TO THEIR STIPULATION</u><br><br>(Doc. No. 14) |

On August 25, 2026, Plaintiff and Defendant Carvana, LLC filed a stipulation notifying the court they have agreed to submit all of Plaintiff's claims brought against Defendant Carvana, LLC in this action to arbitration pursuant to an arbitration agreement signed by the parties. (Doc. No. 14.) The parties further stipulate to stay this action pending completion of that arbitration but only as to Defendant Carvana, LLC. (*Id.* at 2.)

Pursuant to that stipulation, and good cause appearing, the court orders as follows:

1. Plaintiff's claims brought in this action against Defendant Carvana, LLC are hereby submitted to arbitration pursuant to the parties' arbitration agreement;
2. Proceedings in this case as to Defendant Carvana, LLC are STAYED pending completion of the arbitration of Plaintiff's claims against Defendant Carvana, LLC;
3. Plaintiff and Defendant Carvana, LLC shall file a joint status report regarding the

status of the arbitration within 180 days from the date of entry of this order, and every 60 days thereafter, until the arbitration proceedings are completed; and

4. Plaintiff and Defendant Carvana, LLC shall file a joint status report to notify the court that arbitration proceedings have concluded within fourteen (14) days of the issuance of the arbitrator's decision.

IT IS SO ORDERED.

Dated: **August 31, 2026**

Dena Coggins
United States District Judge